UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:23-cv-03204-JVS-ACCV** | Date: | November 24, 2026 |
| Title: | ***Lafonzo Turner v. Duke, et al.*** | | |

Present: The Honorable **Angela C. C. Viramontes, United States Magistrate Judge**

| | |
|---|---|
| D. Castellanos | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE RE: FAILURE TO RESPOND**

Plaintiff Lafonzo Turner ("Plaintiff") filed a "Motion for Extension of Time and Sanction Order to Answer Plaintiff Discovery Request that Was Timely Filed" on September 23, 2026. (Electronic Case Filing Number ("ECF No.") 95). Plaintiff further filed a "Motion for Court to Reconsider Plaintiffs Prior Filed Motion for Discovery for Timely File and Premature Sanction Compelling Def. to Respond" on October 19, 2026. (ECF No. 96). To date, there is no indication that Defendant has responded to Plaintiff's discovery request.

Accordingly, on or before **December 1, 2026**, Defendant is ORDERED TO SHOW CAUSE in writing why Defendant has not responded to Plaintiff's discovery request.

**IT IS SO ORDERED.**